IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : 

v. : MAGISTRATE NO. 09-979-M

KYLE L. TEDESCO :

**O R D E R**

AND NOW, this 22nd day of December, 2010, upon consideration of Defendant's motion to Terminate Probation and the Government's opposition thereto, and for the reasons set out in the Memorandum Opinion filed this day, the Defendant's Motion to Terminate Probation (Doc. No. 15) is DENIED.

BY THE COURT:

/s/ David R. Strawbridge
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE

xc: Virgil Walker, AUSA
    Jeffrey Miller, Esq.
    U.S. Probation